IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA



FILED

MAY 3 0 2019

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

IN RE ALLEN H. LOUGHRY II                    Misc. No.: __2:19-mc-00125__

## ATTORNEY REMOVAL ORDER

This Court has been notified by the Supreme Court of Appeals of West Virginia that the license to practice law in the State of West Virginia of **Allen H. Loughry II** has been annulled by Order entered on May 16, 2019, a copy of which is attached hereto and made a part hereof.

**IT IS ORDERED** that the District Court records be amended to reflect the disciplinary action and that **Allen H. Loughry II** is barred from appearances in this Court.

The Clerk is further **ORDERED** to remove **Allen H. Loughry II** from the list of attorneys admitted to practice in the District Court.

The Clerk is directed to send a certified copy of this order to **Allen H. Loughry II** at his last known address of 820 Scenic Drive, Charleston, West Virginia 25311, to each divisional Clerk's Office in this District, and the Attorney Admission Coordinator.

ENTER:   May 29, 2019

THOMAS E. JOHNSTON, CHIEF JUDGE

STATE OF WEST VIRGINIA

At a Regular Term of the Supreme Court of Appeals, continued and held at Charleston, Kanawha County, on May 16, 2018, the following order was made and entered:

IN THE MATTER OF:   ALLEN H. LOUGHRY II

No. 18-0508

## ORDER

On February 22, 2019, the Judicial Hearing Board, by its vice-chair The Honorable Darrell Pratt, presented to the Court its recommended decision (captioned as "Order"), recommending that the parties' agreement and recommended sanctions, as set forth therein, be adopted. Thereafter, on February 26, 2019, the Judicial Investigation Commission by Teresa A. Tarr, Judicial Disciplinary Counsel, filed its consent to the recommendation. The respondent has not filed an objection or consent to the recommendation.

Upon consideration, the Court is of the opinion to and does hereby concur with and accept the recommended sanctions from the Judicial Hearing Board pursuant to Rule 4.12 of the Rules of Judicial Disciplinary Procedure. It is therefore ORDERED that:

(1) Respondent shall be, and he hereby is, publicly censured for violating Rules 1.1, 1.2, and 1.3 of the current Code of Judicial Conduct, and he is hereby reprimanded for violating Rules 8.4(a) and (c) of the Rules of Professional Conduct for the conduct set forth in Paragraph 10(d) of the recommended decision;

(2) Respondent shall be, and he hereby is, publicly censured for violating Canons 1, 2A and B, 3C(1), and 4A(2) and (3) of the former Code of Judicial Conduct; Rules 1.1, 1.2, 1.3, 2.4(A) and (B), 2.12(A) and (C), and 3.1(A), (C), and (E) of the current Code of Judicial Conduct, and reprimanded for violating Rules 8.4(a) and(d) of the Rules of Professional Conduct for the conduct set forth in Paragraph 10(e) of the recommended decision;

(3) Respondent shall be, and he hereby is, publicly censured for violating Canons 1, 2A and B, 3C(1), and 4A(2) and (3) of the former Code of Judicial Conduct, and reprimanded for violating Rules 8.4(a) and (d) of the Rules of Professional Conduct for the conduct set forth in Paragraph 10(f) of the recommended decision;

(4) Respondent shall be, and he hereby is, publicly censured for violating Rules 1.1, 1.2 and 1.3 of the Code of Judicial Conduct, and reprimanded for violating Rules 8.4(a) and (b) of the Rules of Professional Conduct for the conduct set forth in Paragraph 10(g) of the recommended decision;

(5) Respondent's license to practice law in the State of West Virginia shall be, and it hereby is, annulled;

(6) Respondent shall be, and he hereby is, permanently enjoined from ever seeking public office, by appointment or election, in the State of West Virginia;

(7) Respondent is hereby fined in the amount of $3,000.00 for the foregoing violations of the Code of Judicial Conduct and the Rules of Professional Conduct stated herein; and

(8) Respondent shall pay the total costs of these proceedings in the amount of $5,871.12.

Chief Justice Walker, Justice Workman, Justice Armstead, and Justice Hutchison disqualified. Justice Evan H. Jenkins, sitting as Acting Chief Justice. Judge Tabit, Judge Burnside, Senior Status Judge Rowe, and Judge Dent sitting by temporary assignment.

It is ordered that final disposition of this matter has herein been entered, and this matter is therefore dismissed from the docket of this Court.

Service of an attested copy of this order upon all parties shall constitute sufficient notice of the contents herein.

A True Copy

Attest: *Edythe Nash Gaiser*
Edythe Nash Gaiser, Clerk of Court

2